**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

### No. 19-2361

DONGXIAO YUE,

      Plaintiff - Appellant,

   v.

CHUN-HUI MIAO; BIAN-WANG.COM; DOE 1, a/k/a Lawandorder,

      Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Mary G. Lewis, District Judge.  (3:18-cv-03467-MGL)

Submitted:  June 29, 2021                          Decided:  July 14, 2021

Before GREGORY, Chief Judge, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dongxiao Yue, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dongxiao Yue appeals the district court's order accepting the recommendation of the magistrate judge, granting Chun-Hui Miao's Fed. R. Civ. P. 12(b)(6) motion, and dismissing Yue's civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*